IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (AKRON)

| | |
|---|---|
| *In re the Bankruptcy of:* | CHAPTER 7 |
| **JARED MONESKEY,** | CASE NO. 19-50919 |
| *Debtor.* | JUDGE: ALAN M. KOSCHIK |
| | AMENDED* LEGAL DESCRIPTION OF DEBTOR'S REAL PROPERTY |

Situated in the Township of Springfield, County of Summit, and State of Ohio: And known as being a part of Lot E, Tract 3 in said Township and more fully described as follows, to-wit:

Beginning at a point in the center line of the Krumroy-Myersville Road, which point is N. 89° 50' East along said line 1481.50 feet from the west line of said Lot E; thence South 0° 23' East 266.11 feet to a point and the true place of beginning for the land to be herein described; thence North 89° 57' East 251.61 feet to a point; thence South 0° 25' East 300.00 feet; thence S. 89° 57' West 251.78 feet; thence North 0° 23' East 300.00 feet to the place of beginning, containing 1.7334 acres as surveyed by S.G. Swigart and Son, July 12, 1944.

EXCEPTING THEREFROM THE FOLLOWING DESCRIBED PROPERTY: Situated in the Township of Springfield, County of Summit, and State of Ohio: and known as begin part of Lot E, Tract 3 and more fully described as follows:

Beginning at the intersection of the west line of said Lot E and the centerline of Krumroy Road (60 feet wide); Thence N 89° 50' 00" E along said centerline a distance of 1481.50 feet to a point; Thence S 00° 23' 00" E a distance of 266.11 feet to a point said point being the northeast corner of property now or formerly owned by J.W. and R.M. Smith as recorded in Deed Volume 4670 Page 490 of Summit County Records of Deeds; Thence S 00° 23' 00" E a distance of 200.00 feet to a point said point being the true place of beginning of the parcel of land herein to be described; Thence N 89° 57' 00" E a distance of 251.72 feet to a point; Thence S 00° 25' E a distance of 100.00 feet to a point; Thence S 89° 57' 00" W a distance of 251.78 feet to a point; Thence N 00° 23' 00" W a distance of 100.00 feet to a point and the true place of beginning. Said parcel of land contains 0.5779 acres of land, more or less and is subject to all legal highways and easements of record as surveyed by John David Jones, Registered civil Engineer and Surveyor in April of 1975 be the same more or less, but subject to all legal highways.

Parcel No.: 51-06671/SP-00455-02-015.000
Known as: 1824 Kays, Akron OH 44306

*Amended to correct the case number.