IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:                                    CHAPTER 7

JARED JAMES MONESKEY                      CASE NO: 20-50919

            DEBTOR(S)                     JUDGE ALAN M. KOSCHIK

### TRUSTEE'S NOTICE OF INTENT TO PROCEED WITH 341 MEETING OF CREDITORS BY VIDEO CONFERENCE AND PROCEDURES REGARDING SAME

**PLEASE TAKE NOTICE** that the Trustee intends to proceed with the Meeting of Creditors provided for under 11 U.S.C. § 341 in the above captioned case on the following originally scheduled date and time:

Date: 06/22/2020 Time: 11:30AM

The Meeting of Creditors will not take place in person. The Meeting of Creditors will be held virtually, either by video conference or, if necessary, by teleconference.

**PLEASE TAKE FURTHER NOTICE** that to attend, *via video conference*, 341 Meeting of Creditors, at the time and date set forth above, follow the instructions below for logging in to a Zoom Meeting:

Join Zoom Meeting*

Marc Gertz is inviting you to a scheduled Zoom meeting.

https://us02web.zoom.us/j/9818839709?pwd=YVRKYml4UUtDODFOVXBTZWNQSDB3QT09

Meeting ID: 981 883 9709
Password: 06222020
One tap mobile
+13126266799,,9818839709#,,,,0#,,06222020# US (Chicago)
+16465588656,,9818839709#,,,,0#,,06222020# US (New York)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Germantown)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 981 883 9709

Password: 06222020
Find your local number: https://us02web.zoom.us/u/kDaUiytGF

*Further note that the audio for these meetings will be better quality if you mute your computer audio and use the phone number below to dial in.  When using the phone audio, it is best to dial the number first and then join the meeting via your computer so there is no wait time on connecting the audio. *

**PLEASE TAKE FURTHER NOTICE** that if the Debtor is unable to attend *via video conference*, Debtor(s)' counsel is to contact the trustee, by email, at: chapter7trustee@gertzrosen.com to make arrangements for a teleconference 341 Meeting of Creditors, at the time and date set forth above.

**PLEASE TAKE FURTHER NOTICE** that video appearance is required for Debtor(s) and Debtor(s)' counsel and, as such, Debtor(s) and Debtor(s)' counsel must join the video conference from a device connected to the internet with a camera and microphone enabled, except creditors who may participate by audio means only**.**

**PLEASE TAKE FURTHER NOTICE** that the virtual 341 Meeting of Creditors will be electronically recorded.  To ensure the quality of the record, please be sure to limit any background noise.  Participants must be able to hear all parties for the entirety of the virtual 341 Meeting of Creditors.

**PLEASE TAKE FURTHER NOTICE** that the Debtor(s) must be able to show photo identification and evidence of the Debtor(s)' social security number at the commencement of the virtual 341 Meeting of Creditors.

**PLEASE TAKE FURTHER NOTICE** that the following information must be submitted to the Trustee at chapter7trustee@gertzrosen.com, by no later than 12:00 p.m. the Thursday before the above meeting date:

- **A scan or copy of the Debtor(s)' original signature on the petition.**
- **A scan or copy of the Debtor(s)' Social Security Card(s) and Driver's License**
- **A copy of the Debtor(s)' most recently filed federal and state tax returns.**
- **A copy of the date of filing bank statement(s).**

**PLEASE TAKE FURTHER NOTICE** that failure to comply with the above procedures shall be deemed a failure to appear at the 341 Meeting of Creditors.

cc:  all entities and individuals who are listed on the Court's Electronic Mail Notice List